AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Chicago Music, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:25-cv-60787-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Graci Music, LLC
418 Gilchrest Cir
Matthews, NC 28105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Buchalter APC
Coby S. Nixon    cnixon@buchalter.com
Seth K. Trimble   strimble@buchalter.com
Austin C. Vining  avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305   (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Chicago Music, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60787-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Graci
418 Gilchrest Cir
Matthews, NC 28105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Buchalter APC
Coby S. Nixon    cnixon@buchalter.com
Seth K. Trimble  strimble@buchalter.com
Austin C. Vining  avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305   (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Chicago Music, Inc. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 0:25-cv-60787-AHS |
| Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kerry Craig
209 Estuary Ct.
Winnabow, NC 28479

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Buchalter APC
Coby S. Nixon     cnixon@buchalter.com
Seth K. Trimble   strimble@buchalter.com
Austin C. Vining  avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

SUMMONS

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Chicago Music, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60787-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Miller
1402 Gentry Pl.
Salisbury, NC 28146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchalter APC
Coby S. Nixon    cnixon@buchalter.com
Seth K. Trimble    strimble@buchalter.com
Austin C. Vining   avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

**SUMMONS**

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Chicago Music, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60787-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Fred Banner, Jr.
3321 Old Vineyard Rd.
Winston Salem, NC 27103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Buchalter APC
Coby S. Nixon    cnixon@buchalter.com
Seth K. Trimble    strimble@buchalter.com
Austin C. Vining   avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 24, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |
|---|---|
| Chicago Music, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 0:25-cv-60787-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Bussey, Jr.
1001 Marina Village Dr., Unit 321
Mount Holly, NC 28120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchalter APC
Coby S. Nixon      cnixon@buchalter.com
Seth K. Trimble    strimble@buchalter.com
Austin C. Vining   avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Apr 24, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Chicago Music, Inc. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 0:25-cv-60787-AHS |
| Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Douglas Norton, Jr.
1118 Scaleybark Rd., Apt. 320C
Charlotte, NC 28209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchalter APC
Coby S. Nixon     cnixon@buchalter.com
Seth K. Trimble    strimble@buchalter.com
Austin C. Vining   avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

SUMMONS

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Chicago Music, Inc. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 0:25-cv-60787-AHS |
| Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Simon Brooker
　　　　　　　　　　　　　　　　　　10910 Parnu St.
　　　　　　　　　　　　　　　　　　Naples, FL 34109

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Buchalter APC
　　　　　　　　　　　　　　　　　　Coby S. Nixon　　cnixon@buchalter.com
　　　　　　　　　　　　　　　　　　Seth K. Trimble　strimble@buchalter.com
　　　　　　　　　　　　　　　　　　Austin C. Vining　avining@buchalter.com
　　　　　　　　　　　　　　　　　　3475 Piedmont Rd. NE, Suite 1100
　　　　　　　　　　　　　　　　　　Atlanta, GA 30305　(404) 832-7530

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 24, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| Chicago Music, Inc. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:25-cv-60787-AHS |
| Mike Graci Music, LLC, Michael Graci, Kerry Craig, David Miller, Fred Banner Jr., Robert Bussey Jr., Douglas Norton Jr., Simon Brooker and Allen Beck | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Allen Beck
6166 Chimney Bluff Rd.
Lancaster, SC 29720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchalter APC
Coby S. Nixon     cnixon@buchalter.com
Seth K. Trimble    strimble@buchalter.com
Austin C. Vining   avining@buchalter.com
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305    (404) 832-7530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

SUMMONS